# DR 23CV0065

Mi nombre es Azeneth Guadalupe Lopez

Mi queja es sovre dos agentes del CBP yo iva de Piedras Negras a Eagle Pass tx y me detuvieron a mi y a mi hija porque supuestamente llevara drogas en mi estomago que en realidad no era sierto me metieron para adentro y me separaron de mi hija me metieron a un cuarto y me desnudaron completamente disiendome que expulsara las drogas que yo traia el agente que me metio padentro traia el nombre de Jimenez y me estuvo manosiando tocandome mis pechos y mis partes intimas ai me tuvieron como 2 horas enserada asiendome eso que para mi fue muy vergonsoso y despues le avio a otra agente y se estuvieron vurlando de mi que eso fue para mi abuso sexual, descriminacion, tocamiento en mis partes intimas. acusasiones falsas de drogas eso paso el dia 02/29/2020 Hora: 12:00 pm. del medio dia.

1732-A Williams St
Eagle Pass tx 78852

Azeneth G. Lopez

Cel: 830 325 0380